NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE GOOGLE INC., ADOBE SYSTEMS INC., AMAZON.COM, INC., APPLE INC., CDW LLC, EBAY INC., JP MORGAN CHASE & CO., NEW FRONTIER MEDIA, INC., ORACLE AMERICA, INC. (FORMERLY KNOWN AS SUN MICROSYSTEMS INC.), PLAYBOY ENTERPRISES INTERNATIONAL, INC., STAPLES, INC., THE GO DADDY GROUP, INC., YAHOO! INC., AND YOUTUBE, LLC,**
*Petitioners.*

---

Miscellaneous Docket No. 968

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0446, Judge Leonard Davis.

---

**ON PETITION FOR WRIT OF MANDAMUS**

---

## ORDER

Google Inc. et al. (Google) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its September

28, 2010 order denying transfer and severance, and to direct transfer of the case to the United States District Court for the Northern District of California. Alternatively, the petitioners seek this court to direct the district court to sever the claims against the Northern District of California-based defendants and transfer those claims to the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Eolas Technologies, Inc. is directed to respond no later than December 3, 2010.

FOR THE COURT

NOV 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David J. Healey, Esq.
    Douglas E. Lumish, Esq.
    David T. Pritikin, Esq.
    Thomas L. Duston, Esq.
    Paul D. Clement, Esq.
    Stephen K. Shahida, Esq.
    Michael Simons, Esq.
    Kathryn B. Riley, Esq.
    David B. Weaver, Esq.
    Donald R. Steinberg, Esq.
    Thomas A. Brown, Esq.
    Mike McKool, Jr., Esq.
    Clerk, United States District Court For The Eastern District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 8 2010

JAN HORBALY
CLERK